THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
AUG 15 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. __2:07-CR-173-MHT__ |
| v. | ) | [8 U.S.C. 1326(a) & (b)(2)] |
| | ) | |
| VICENTE QUEVEDO-CASTELLANOS, | ) | **INDICTMENT** |
| a/k/a Eric Castellanos | ) | |

The Grand Jury charges that:

## COUNT 1

On or about the 25th day of April, 2007, in Elmore County, Alabama, in the Middle District of Alabama, the defendant,

VICENTE QUEVEDO-CASTELLANOS,
a/k/a Eric Castellanos,

an alien, who had previously been deported and removed from the United States subsequent to a conviction for an aggravated felony, to wit: on March 17, 1998, in the Superior Court of California, Los Angeles County of Sale of Controlled Substance (cocaine); and on May 13, 1999, in Superior Court of California, Los Angeles County of Sale of Controlled Substance (cocaine), knowingly and unlawfully entered and was found in the United States in Elmore County, Alabama, on April 25, 2007, the said defendant having not obtained the consent of the Attorney General or the Secretary for Homeland Security of the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL:

_/s/_
Foreperson

_/s/ Leura H. Canary_
LEURA G. CANARY
United States Attorney

_/s/ Clark Morris_
A. CLARK MORRIS
Assistant United States Attorney