IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr139-MHT |
| | ) | |
| VICENTE QUEVEDO-CASTELLANOS | ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Vicente Quevedo-Castellanos, now in custody of the Craven Correctional Institution, Vanceboro, North Carolina, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on June 11, 2008, at 10:30 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Craven Correctional Institution, Vanceboro, North Carolina, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on June 11, 2008, at 10:30 a.m.

Respectfully submitted this the 22nd day of April, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr139-MHT |
| ) | |
| VICENTE QUEVEDO-CASTELLANOS ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed April 22, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Craven Correctional Institution, Vanceboro, North Carolina, commanding them to deliver Vicente Quevedo-Castellanos, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on June 11, 2008, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE