IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07cr173-MHT |
| ) | |
| VICENTE QUEVEDO-CASTELLANOS ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed April 22, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Craven Correctional Institution, Vanceboro, North Carolina, commanding them to deliver Vicente Quevedo-Castellanos, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on June 11, 2008, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this 22nd day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE