IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NUMBER: 2:07cr173-MHT |
| ) | |
| VICENTE QUEVEDO-CASTELLANOS ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   CRAVEN CORRECTIONAL INSTITUTION
                              AT   VANCEBORO, NORTH CAROLINA

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
         OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of VICENTE QUEVEDO-CASTELLANOS, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom **4A** of said Court, in the City of **MONTGOMERY**, on **JUNE 11, 2008**, at **10:30 A.M.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

   BY ORDER OF THE COURT.

   DONE this the 22nd day of APRIL, 2008.

                                          DEBRA P. HACKETT, CLERK
                                          UNITED STATES DISTRICT COURT
                                          MIDDLE DISTRICT OF ALABAMA

                                          By: _____
                                              Deputy Clerk